**Order entered June 16, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00486-CV

## IN RE BARBARA JOHNSON

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-14794**

## ORDER
Before Justices Osborne, Pedersen, and Goldstein

Before the Court is relator's May 23, 2022 petition for writ of mandamus in which relator complains of the trial court's order dismissing her appeal from the Associate Judge's April 26, 2021 report. We request a response, if any, from real party in interest and respondent by **July 6, 2022**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE